UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-61774-CIV-WILLIAMS

TEDRIC JAMEIL CHIN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (the "Report") (DE 44) regarding Plaintiff's motion to vacate, pursuant to 28 U.S.C. § 2255 (DE 27). Plaintiff filed objections to the Report. (DE 51). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 44) are **AFFIRMED AND ADOPTED**.

2. This action is **DISMISSED**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of August, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Tedric Jameil Chin
03941-104
Jesup FCI
Federal Correctional Institution
Inmate Mail/Parcels
2680 301 South
Jesup, GA 31599